O'BRIEN v. COOGAN. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Herbert A. O'Brien against Charles E. Coogan, wherein John Henry Templeman and another appeal. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

O'CONNOR v. LEVINE. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Daniel P. O'Connor against Arthur J. Levine. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1131.

O'CONNOR v. LEVINE. (No. 7026.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by Daniel P. O'Connor against Arthur J. Levine. From an order denying motion to vacate order for examination of defendant before trial, defendant appeals. Reversed. See, also, 151 N. Y. Supp. 1134. Herbert C. Smyth, of New York City, for appellant. Wm. L. Tierney, of New York City, for respondent.

PER CURIAM. The plaintiff having knowledge of the contract which he claims was made with the defendant, he is not entitled to examine the defendant before trial for the purpose of framing a complaint. The order appealed from must be reversed, with $10 costs and disbursements, and the motion to vacate granted, with $10 costs.

OLSON, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Herbert Olson, by Simon P. Olson, his guardian ad litem, against the New York Telephone Company. No opinion. Application denied, with $10 costs.

ONEIDA SAVINGS BANK v. DAVIS et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by the Oneida Savings Bank against William H. Davis and others. No opinion. Order affirmed, with $10 costs and disbursements.

O'NEILL, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by James L. O'Neill, as assignor, etc., against Edward M. Perkins and another. No opinion. Order affirmed, with $10 costs and disbursements. See Mills v. Sparrow, 131 App. Div. 241, 115 N. Y. Supp. 629.

ORTELERO v. DOUGHERTY. (No. 7008.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by James V. Ortelero against George S. Dougherty. From an order granting defendant's motion for leave to serve an amended answer, plaintiff appeals. Affirmed. Isidor Unger, of New York City, for appellant. Chas. J. Nehrbas, of New York City, for respondent.

PER CURIAM. The order appealed from must be modified, by requiring the defendant to pay all the costs of the action to date as a condition of permitting him to serve an amended answer. As so modified, the order is affirmed, without costs.

In re OSHLAG. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of Isidore Oshlag, an attorney. No opinion. Matter referred to Hon. Josiah T. Marean, official referee. See, also, 162 App. Div. 909, 146 N. Y. Supp. 1103.

OTT, Respondent, v. WESEL, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Louis Ott, Jr., against Ferdinand Wesel, as executor, etc. G. Lange, Jr., of New York City, for appellant. L. H. Hall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

OTTO, Respondent, v. HUME, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by William E. Otto against Allison K. Hume. No opinion. Interlocutory and final judgments affirmed, with costs.

In re PACE et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) In the matter of Francis P. Pace and another. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

PALMA v. TOWN OF NORTH HEMPSTEAD. HOFFMAN v. SAME. (Nos. 7253, 7254.) (Supreme Court, Appellate Division, First Department. April 30, 1915.) Appeal from Special Term, New York County. Separate actions by Mary T. Palma and by Walter W. Hoffman against the Town of North Hempstead. From orders denying motion for a change of the place of trial, the defendant appeals in each case. Orders affirmed, without prejudice to a renewal. Erastus J. Parsons, of New York City, for appellant. Thomas J. O'Neill, of Yonkers, for respondents.

PER CURIAM. The orders appealed from are affirmed, with $10 costs and disbursements, upon the ground that the motions were prematurely made, without prejudice to a renewal of the motions upon the ground of the convenience of witnesses, after issue joined.

PANGBURN, Respondent, v. BUICK MOTOR CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Alfred Pangburn against the Buick Motor Company, impleaded with Walter M. Grounsell. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 164 App. Div. 920, 149 N. Y. Supp. 1101.